Minnie Regenstein, Respondent, v. Annie Louise Howard, Appellant, Impleaded with Others, Defendants. — Judgment affirmed, with costs.

No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.